**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 41867**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2014 Unpublished Opinion No. 738 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: September 25, 2014 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| DENNIS LEE PARKER, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Twin Falls County. Hon. Randy J. Stoker, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of five years, for felony driving under the influence and being a persistent violator, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Shawn F. Wilkerson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

————————————

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and MELANSON, Judge

————————————

PER CURIAM

Dennis Lee Parker pled guilty to felony driving under the influence, I.C. §§ 18-8004 and 18-8005(9), and being a persistent violator, I.C. § 19-2514. In exchange for his guilty pleas, additional charges were dismissed. The district court sentenced Parker to a unified term of fifteen years, with a minimum period of confinement of five years. Parker also filed an I.C.R. 35 motion for reduction of his sentence, which the district court denied. Parker appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Parker's judgment of conviction and sentence are affirmed.